## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JASON N. WATSON
ADC #115178                                                                                    PETITIONER

VS.                          5:06CV00087 GH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                  RESPONDENT

### ORDER

Petitioner, an inmate at the Cummins Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, and has paid the filing fee. (Docket entry #1.) The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service. Respondent is directed to Rule 5 of the Rules Governing Section 2254 Cases with regard to the required contents of an Answer.

Dated this 28th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE