IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON N. WATSON
ADC #115178                                                                                                    PETITIONER

VS.                                        5:06CV00087 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE